UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| | | CIV. 15-4040 |
| CRAIG DEWEY, | : | |
| Plaintiff, | : | |
| vs. | : | STIPULATION FOR DISMISSAL |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

IT IS STIPULATED AND AGREED by the parties to this action, through their respective counsel of record, that this action may be dismissed on the merits, with prejudice and with the parties bearing their own costs. It is further

STIPULATED AND AGREED that the Court may make and enter its Judgment of Dismissal without further notice or hearing to either party, such hearing or notice being expressly waived.

Dated this 12th day of April, 2016.

FULLER & WILLIAMSON, LLP

William Fuller
7521 S. Louise Avenue
Sioux Falls, SD 57108
Phone 605-333-0003
Fax     605-333-0007
Email bfuller@fullerandwilliamson.com
Attorneys for Defendant

Civ. 15-4040
Stipulation for Dismissal

Dated this 15th day of April, 2016.

                              JOHNSON, MINER, MARLOW,
                              WOODWARD & HUFF

                              _____
                              Michael F. Marlow
                              200 W. Third Street
                              P.O. Box 667
                              Yankton, SD 57078
                              Phone 605-665-5009
                              Fax    605-665-4788
                              Email  mikem@jmmwh.com
                              Attorneys for Plaintiff